IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: December 01, 2009



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO** P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26236/0005550565

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Daniel W. Brewer and Kimberly L. Brewer<br>        Debtors.<br>_____<br>National City Mortgage a division of National City Bank<br>        Movant,<br>  vs.<br><br>Daniel W. Brewer and Kimberly L. Brewer, Debtors, David A. Birdsell, Trustee.<br><br>        Respondents. | No. 2:09-bk-25266-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 31, 2007 and recorded in the office of the Maricopa County Recorder wherein National City Mortgage a division of National City Bank is the current beneficiary and Daniel W. Brewer and Kimberly L. Brewer have an interest in, further described as:

*Re-recorded 8/16/2007 under Instrument # 2007-0925618 to correct legal description.

THE EAST HALF OF THE SOUTH 212.13 FEET OF THE FOLLOWING DESCRIBED PROPERTY:
THE WEST 330.00 FEET OF THE SOUTH HALF OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 32, TOWNSHIP 2 NORTH, RANGE 7 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA;
EXCEPT THE SOUTH 30.00 FEET THEREOF.
EXCEPT ALL COAL AND OTHER MINERALS AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT